995 F.2d 219
 In re Texas Eastern Transmission Corp. PCB Contamination
Insurance Coverage Litigation (MDL No. 764);
Associated Electric & Gas Insurance
Services, Ltd., National Surety Corp.
v.
Texas Eastern Transmission Cop., Fidelity & Casualty Ins.
Co. of New York, Certain Underwriters at Lloyds of London,
Insurance Co. of Ireland, Aetna Casualty & Surety Co.,
American Home Assurance Co., Boston Old Colony Ins. Co.,
Continental Casualty Ins. Co., First State Ins.
 NO. 92-1638
 United States Court of Appeals,
Third Circuit.
 May 28, 1993
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.